Submitted on petition for review* filed August 29, review allowed; case remanded to Court of Appeals for further consideration October 28, opinion withdrawn on Court's own motion December 30, 1986
See 302 Or 462, 730 P2d 35 (1986)

In the Matter of the Compensation of
Raymond P. Davidson, Claimant.

DAVIDSON,
*Petitioner on Review,*

*v.*

SAIF CORPORATION et al,
*Respondents on Review.*

(WCB 83-10512; CA A34909; SC S33090)

727 P2d 122

Robert Wollheim, Welch, Bruun & Green, Portland, for petitioner on review.

No appearance contra.

MEMORANDUM OPINION

---

* Judicial review of order of Workers' Compensation Board. 78 Or App 187, 714 P2d 1117, *mod* 79 Or App 448, 719 P2d 75 (1986).

**MEMORANDUM OPINION**

We allow the petition for review.

Having concluded that the decision in the Court of Appeals, *Davidson v. SAIF,* 78 Or App 187, 714 P2d 1117 (1986), as modified on petition for reconsideration, *Davidson v. SAIF,* 79 Or App 448, 719 P2d 75 (1986), involves one of the same issues as in *Stepp v. SAIF,* 78 Or App 438, 717 P2d 216 (1986), and having this day remanded *Stepp v. SAIF, supra,* to the Court of Appeals for further consideration in light of our decision in *Smith v. SAIF,* 302 Or 109, 727 P2d 123 (1986), we hereby remand this case to the Court of Appeals for further consideration in light of our opinion in *Smith v. SAIF, supra.*